**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LUISA DANIELA QUESADA ARIAS, MD,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO A. RUBIO, in his official capacity as U.S. Secretary of State; JENNIFER L. WERONSKI, in her official capacity as Chief, Waiver Review Division, U.S. Department of State; KRISTI NOEM, in her official capacity as the U.S. Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as the Director of U.S. Citizenship and Immigration Services; TRACY TARANGO, in her official capacity as the Director of the California Service Center, U.S. Citizenship and Immigration Services; and JOHN M. ALLEN, in his official capacity as the Director of the Texas Service Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Civil Action No. 1:26-cv-11007-DJC |

## <u>DEFENDANTS' MOTION TO DISMISS</u>

Defendants Marco A. Rubio et al. respectfully request that this Court dismiss Plaintiff's Complaint, entitled "Plaintiff's Complaint for Relief under Administrative Procedure Act and Writ of Mandamus," filed on February 26, 2026. [ECF 1]. As detailed in the Defendants' Memorandum in Support of this Motion, this Court lacks jurisdiction because Plaintiff's claims have become moot. As a result, the Complaint should be dismissed. *See* Fed. R. Civ. P. 12(b)(1).

Dated: May 4, 2026                    Respectfully submitted,

                                 LEAH B. FOLEY
                                 United States Attorney

By:    */s/ Jennifer Zacks*
        Jennifer Zacks
        Assistant United States Attorney
        U.S. Attorney's Office
        1 Courthouse Way, Ste. 9200
        Boston, MA 02210
        (617) 748-3109
        Jennifer.zacks@usdoj.gov

### Certificate Pursuant to Local Rule 7.1

I hereby certify that I have conferred with counsel for the plaintiff and have attempted in good faith to result or narrow the issue.

                                 */s/ Jennifer Zacks*
                                 JENNIFER ZACKS
                                 Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                 */s/ Jennifer Zacks*
                                 JENNIFER ZACKS
                                 Assistant U.S. Attorney

Dated: May 4, 2026

2